IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Mark Ford

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

State of Tennessee

(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED BY

NOV 17 2017

Thomas M. Gould, Clerk
U.S. District Court
W.D. OF TN, Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit

Plaintiffs.    N/A

Defendants:    N/A

2.    Court (if federal court, name the district; if state court, name the county):  N/A

3.    Docket Number:  N/A

4.    Name of judge to whom case was assigned:  N/A

5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6.    Approximate date of filing lawsuit:  N/A

7.    Approximate date of disposition:  N/A

-1-

Revised 4/18/08

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments.
      Cite no cases or statutes.

      _Vacate   judgment, and be awarded_

      _$500,000._

VI.   Jury Demand
      I would like to have my case tried by a jury. Yes ( ) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our

information, knowledge, and belief.

              Signed this_____day of _November_, 20_17_.

              _Mark Ford_

              _Mark Ford_
              (Signature of Plaintiff/Plaintiffs)
              _P.O Box 661  Lexington_
              _TN  38351_

-3-

Revised 4/18/08

**This data can be found at:**

http://www.law.cornell.edu/uscode/search/display.html?
terms=1481&url=/uscode/html/uscode08/usc_sec_08_00001481----000-.html

Public Law. United States Statutes at Large, Chapter 249, Pages 223-224 was codified in USC Title 8 Section 1481. See below:

# United States Code (USC) Title 8 § 1481. Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions

(a) A person who is a national of the United States whether by birth or naturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality—

(1) obtaining naturalization in a foreign state upon his own application or upon an application filed by a duly authorized agent, after having attained the age of eighteen years; or

(2) taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years; or

(3) entering, or serving in, the armed forces of a foreign state if

(A) such armed forces are engaged in hostilities against the United States, or

(B) such persons serve as a commissioned or non-commissioned officer; or

(4)

(A) accepting, serving in, or performing the duties of any office, post, or employment under the government of a foreign state or a political subdivision thereof, after attaining the age of eighteen years if he has or acquires the nationality of such foreign state; or

(B) accepting, serving in, or performing the duties of any office, post, or employment under the government of a foreign state or a political subdivision thereof, after attaining the age of eighteen years for which office, post, or employment an oath, affirmation, or declaration of allegiance is required; or

(5) making a formal renunciation of nationality before a diplomatic or consular officer of the United States in a foreign state, in such form as may be prescribed by the Secretary of State; or

(6) making in the United States a formal written renunciation of nationality in such form as may be prescribed by, and before such officer as may be designated by, the Attorney General, whenever the United States shall be in a state of war and the Attorney General shall approve such renunciation as not contrary to the interests of national defense; or

(7) committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, violating or conspiring to violate any of the provisions of section 2383 of title 18, or willfully performing any act in violation of section 2385 of title 18, or violating section 2384 of title 18 by engaging in a conspiracy to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, if and when he is convicted thereof by a court martial or by a court of competent jurisdiction.

[It is important to remember that a "foreign state" is a union state or

Case 1:17-cv-03012-JDT-egb Document 1 Filed 11/17/17 Page 4 of 17 PageID 4

Cornell Law School

U.S. Code › Title 28 › Part IV › Chapter 85 › § 1330

# 28 U.S. Code § 1330 - Actions against foreign states

(a) The district courts shall have original jurisdiction without regard to amount in controversy of any nonjury civil action against a foreign state as defined in section 1603(a) of this title as to any claim for relief in personam with respect to which the foreign state is not entitled to immunity either under sections 1605–1607 of this title or under any applicable international agreement.

(b) Personal jurisdiction over a foreign state shall exist as to every claim for relief over which the district courts have jurisdiction under subsection (a) where service has been made under section 1608 of this title.

(c) For purposes of subsection (b), an appearance by a foreign state does not confer personal jurisdiction with respect to any claim for relief not arising out of any transaction or occurrence enumerated in sections 1605–1607 of this title.

(Added Pub. L. 94–583, § 2(a), Oct. 21, 1976, 90 Stat. 2891.)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

Select Loan Amount

$225,000

About LII

Contact us

Advertise here

Help

Terms of use

Privacy

Case 1:15-cv-01245-JD *SEALED* Document 1 Filed 11/17/17 Page 5 of 17 PageID 5

Cornell Law School

U.S. Code › Title 5 › Part III › Subpart B › Chapter 33 › Subchapter II › § 3331

# 5 U.S. Code § 3331 - Oath of office

An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law.

(Pub. L. 89–554, Sept. 6, 1966, 80 Stat. 424.)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

## Ask a Lawyer: Tenancy Law - Lawyers Ready & Online Now

Questions Answered Every 9 Seconds. Get Legal Answers Online & Save Time!
justanswer.com/law/Tenancy

( › )

About LII

Contact us

Advertise here

Help

Terms of use

Privacy

LII

RULES
OF
TENNESSEE DEPARTMENT OF HUMAN SERVICES
CHILD SUPPORT SERVICES DIVISION

CHAPTER 1240-2-4
CHILD SUPPORT GUIDELINES

TABLE OF CONTENTS

1240-2-4-.01    Legal Basis, Scope, and Purpose
1240-2-4-.02    Definitions
1240-2-4-.03    The Income Shares Model
1240-2-4-.04    Determination of Child Support
1240-2-4-.05    Modification of Child Support Orders

1240-2-4-.06    Retroactive Support
1240-2-4-.07    Deviations from the Child Support Guidelines
1240-2-4-.08    Worksheets and Instructions
1240-2-4-.09    Child Support Schedule

## 1240-2-4-.01    LEGAL BASIS, SCOPE, AND PURPOSE.

(1)    Federal and State Legal Requirements for the Establishment and Application of Child Support Guidelines.

(a)    Title IV-D of the Social Security Act (42 U.S.C. §§ 651-669), specifically 42 U.S.C. § 667 and 45 C.F.R. § 302.56, requires that states establish guidelines for setting and modifying child support award amounts in each state. Tennessee Code Annotated §§ 36-5-101(e), 71-1-105(15), and 71-1-132 implement these requirements and direct the Tennessee Department of Human Services to establish those guidelines to enforce the provisions of federal law.

(b)    The Tennessee Department of Human Services is the authorized state agency for the enforcement of the child support program in the State of Tennessee under Title IV-D of the Social Security Act. The Department of Human Services will comply with federal and state requirements to promulgate Child Support Guidelines to be used in setting awards of child support.

(c)    Pursuant to 42 U.S.C. § 667 and 45 C.F.R. § 302.56, the Child Support Guidelines must be made available to all persons in the state whose duty it is to set or modify child support award amounts in all child support cases.

(d)    Pursuant to federal laws and regulations, the Child Support Guidelines established by a state must, at a minimum:

1.    Be applied by all judicial or administrative tribunals and other officials of the state who have power to determine child support awards in the state as a rebuttable presumption as to the amount of child support to be awarded in child support cases and result in a presumptively correct child support award;

2.    Take into consideration all earnings and income of the alternate residential parent;

3.    Be based on specific descriptive and numeric criteria and result in the computation of the child support obligation; and

4.    Provide for the child's health care needs through health insurance coverage or other means.

(e)    Federal law and regulations further provide that the amount of child support mandated by the Guidelines may be rebutted if the tribunal setting or modifying support includes, in writing, in the order:

1

the child's basic survival needs but, instead, are made in proportion to household income. These studies measure total, average child-rearing expenditures while also recognizing that household spending on behalf of children is intertwined with spending on adults for most large expenditure categories (e.g., housing, transportation) and that these expenditures cannot be disentangled, even with exhaustive financial affidavits from the parties.

(4)     The Income Shares model, which is used by over thirty (30) other states, is generally based on economic studies of child-rearing costs, including those of David Betson, Erwin Rothbarth, and Ernst Engel, and studies conducted by the United States Department of Agriculture and the United States Department of Labor's Bureau of Labor Statistics involving expenditures for the care of children.

(5)     The Child Support Guidelines established by this chapter were developed based upon:

   (a)     Studies of child-rearing costs conducted by David Betson, Erwin Rothbarth, and Ernst Engel which utilized information on child-rearing costs conducted by the United States Department of Agriculture and the United States Department of Labor's Bureau of Labor Statistics;

   (b)     Comments on these Guidelines by advocacy groups, judges, child support referees, attorneys, legislators, Title IV-D child support contractors and staff of the Tennessee Department of Human Services, and oral and written comments resulting from public hearings;

   (c)     The work and input of the Tennessee Department of Human Services' Child Support Guidelines Task Force established in 2002. The Task Force was established to assist the Department in reviewing and considering changes to the existing Child Support Guidelines that were originally adopted in 1989 and based upon the Flat Percentage Model;

   (d)     Review of the child support guidelines of other states;

   (e)     Recommendations made to states generally by the United States Office of Child Support Enforcement regarding measurements of child-rearing costs and their use in establishing child support guidelines; and

   (f)     The Income Shares Advisory Committee established in 2005 pursuant to 2005 Tenn. Pub. Acts 403.

(6)     Assumptions and Methodology Used in the Income Shares Model.

   (a)     Determination of the Basic Child Support Obligation.

      1.     The Income Shares Model incorporates a numerical schedule, designated in these Guidelines as the Child Support Schedule (CS Schedule or Schedule), found in Rule 1240-2-4-.09, that establishes the dollar amount of child support obligations corresponding to various levels of parents' combined Adjusted Gross Income and the number of children for whom the child support order is being established or modified.

      2.     The Schedule is used to determine the basic child support obligation (BCSO), according to the rules in this chapter.

      3.     Each parent's share of the BCSO is determined by prorating the child support obligation between the parents in the same ratios as each parent's individual Adjusted Gross Income is to the combined Adjusted Gross Income.

      4.     The minimum BCSO upon which a child support obligation may be established is one hundred dollars ($100) per month. The tribunal may deviate below this minimum BCSO in appropriate situations. See Rule 1240-2-4-.07(2)(f)6.

Cornell Law School

U.S. Code › Title 28 › Part IV › Chapter 97 › § 1603

# 28 U.S. Code § 1603 - Definitions

For purposes of this chapter—

**(a)** A "foreign state", except as used in section 1608 of this title, includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b).

**(b)** An "agency or instrumentality of a foreign state" means any entity—

**(1)** which is a separate legal person, corporate or otherwise, and

**(2)** which is an organ of a foreign state or political subdivision thereof, or a majority of whose shares or other ownership interest is owned by a foreign state or political subdivision thereof, and

**(3)** which is neither a citizen of a State of the United States as defined in section 1332 (c) and (e) of this title, nor created under the laws of any third country.

**(c)** The "United States" includes all territory and waters, continental or insular, subject to the jurisdiction of the United States.

**(d)** A "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose.

**(e)** A "commercial activity carried on in the United States by a foreign state" means commercial activity carried on by such state and having substantial contact with the United States.

(Added Pub. L. 94–583. § 4(a), Oct. 21, 1976, 90 Stat. 2892; amended Pub. L. 109–2, § 4(b)(2), Feb. 18, 2005. 119 Stat. 12.)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

Free Corporate Bylaws Template - Easy to Use and State Specific                    ▷
Available in PDF and Word Document. Create, Download, and Print for Free! legalnature.com/corporate-bylaw

Ask a Lawyer - Free                                                               ▾
Divorce Records                                                                   ▾
New Rule in Tennessee                                                             ▾

About LII

Contact us

Advertise here

# 28 U.S. Code § 1608 - Service; time to answer; default

**(a)** Service in the courts of the United States and of the States shall be made upon a foreign state or political subdivision of a foreign state:

**(1)** by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the foreign state or political subdivision; or

**(2)** if no special arrangement exists, by delivery of a copy of the summons and complaint in accordance with an applicable international convention on service of judicial documents; or

**(3)** if service cannot be made under paragraphs (1) or (2), by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned, or

**(4)** if service cannot be made within 30 days under paragraph (3), by sending two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services—and the Secretary shall transmit one copy of the papers through diplomatic channels to the foreign state and shall send to the clerk of the court a certified copy of the diplomatic note indicating when the papers were transmitted.

As used in this subsection, a "notice of suit" shall mean a notice addressed to a foreign state and in a form prescribed by the Secretary of State by regulation.

**(b)** Service in the courts of the United States and of the States shall be made upon an agency or instrumentality of a foreign state:

**(1)** by delivery of a copy of the summons and complaint in accordance with any special arrangement for service between the plaintiff and the agency or instrumentality; or

**(2)** if no special arrangement exists, by delivery of a copy of the summons and complaint either to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process in the United States; or in accordance with an applicable international convention on service of judicial documents; or

**(3)** if service cannot be made under paragraphs (1) or (2), and if reasonably calculated to give actual notice, by delivery of a copy of the summons and complaint, together with a translation of each into the official language of the foreign state—

**(A)** as directed by an authority of the foreign state or political subdivision in response to a letter rogatory or request or

**(B)** by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the agency or instrumentality to be served, or

**(C)** as directed by order of the court consistent with the law of the place where service is to be made.

**(c)** Service shall be deemed to have been made—

Case 1:17-cv-01215-JDT-egb | Document 1 | Filed 11/17/17 | Page 10 of 17 PageID 10

Cornell Law School

CFR › Title 45 › Subtitle B › Chapter III › Part 303 › Section 303.5

# 45 CFR 303.5 - Establishment of paternity.

### § 303.5 Establishment of paternity.

**(a)** For all cases referred to the IV-D agency or applying for services under § 302.33 of this chapter in which paternity has not been established, the IV-D agency must, as appropriate:

**(1)** Provide an alleged father the opportunity to voluntarily acknowledge paternity in accordance with § 302.70(a)(5)(iii); and

**(2)** Attempt to establish paternity by legal process established under State law.

**(b)** The IV-D agency need not attempt to establish paternity in any case involving incest or forcible rape, or in any case in which legal proceedings for adoption are pending, if, in the opinion of the IV-D agency, it would not be in the best interests of the child to establish paternity.

**(c)** The IV-D agency must identify and use through competitive procurement laboratories which perform, at reasonable cost, legally and medically acceptable genetic tests which tend to identify the father or exclude the alleged father. The IV-D agency must make available a list of such laboratories to appropriate courts and law enforcement officials, and to the public upon request.

**(d)**

**(1)** Upon request of any party in a contested paternity case in accordance with section 466 (a)(5)(B) of the Act, and subject to the provisions of paragraph (b) of this section, the IV-D agency shall require all parties to submit to genetic tests unless, in the case of an individual receiving aid under the State's title IV-A, IV-E or XIX plan, or those recipients of the food stamp program, as defined under section 3(h) of the Food Stamp Act of 1977 who are required to cooperate with the child support program, there has been a determination of good cause for refusal to cooperate under section 454(29) of the Act

**(2)** A contested paternity case is any action in which the issue of paternity may be raised under State law and one party denies paternity.

**(e)**

**(1)** Except as provided in paragraph (e)(3) of this section, the IV-D agency may charge any individual who is not a recipient of aid under the State's title IV-A or XIX plan a reasonable fee for performing genetic tests.

Cornell Law School

U.S. Code › Title 28 › Part VI › Chapter 176 › Subchapter A › § 3002

# 28 U.S. Code § 3002 - Definitions

As used in this chapter:

**(1)** "Counsel for the United States" means—

**(A)** a United States attorney, an assistant United States attorney designated to act on behalf of the United States attorney, or an attorney with the United States Department of Justice or with a Federal agency who has litigation authority; and

**(B)** any private attorney authorized by contract made in accordance with section 3718 of title 31 to conduct litigation for collection of debts on behalf of the United States.

**(2)** "Court" means any court created by the Congress of the United States, excluding the United States Tax Court.

**(3)** "Debt" means—

**(A)** an amount that is owing to the United States on account of a direct loan, or loan insured or guaranteed, by the United States; or

**(B)** an amount that is owing to the United States on account of a fee, duty, lease, rent, service, sale of real or personal property, overpayment, fine, assessment, penalty, restitution, damages, interest, tax, bail bond forfeiture, reimbursement, recovery of a cost incurred by the United States, or other source of indebtedness to the United States, but that is not owing under the terms of a contract originally entered into by only persons other than the United States;

and includes any amount owing to the United States for the benefit of an Indian tribe or individual Indian, but excludes any amount to which the United States is entitled under section 3011(a).

**(4)** "Debtor" means a person who is liable for a debt or against whom there is a claim for a debt.

**(5)** "Disposable earnings" means that part of earnings remaining after all deductions required by law have been withheld.

**(6)** "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments pursuant to a pension or retirement program.

**(7)** "Garnishee" means a person (other than the debtor) who has, or is reasonably thought to have, possession, custody, or control of any property in which the debtor has a substantial nonexempt interest, including any obligation due the debtor or to become due the debtor, and against whom a garnishment under section 3104 or 3205 is issued by a court.

**(8)** "Judgment" means a judgment, order, or decree entered in favor of the United States in a court and arising from a civil or criminal proceeding regarding a debt.

Cornell Law School

CFR › Title 45 › Subtitle B › Chapter III › Part 303 › Section 303.101

# 45 CFR 303.101 - Expedited processes.

**§ 303.101 Expedited processes.**

**(a)** *Definition.* ***Expedited processes*** means administrative and judicial procedures (including IV-D agency procedures) required under section 466(a)(2) and (c) of the Act;

**(b)** *Basic requirement.*

**(1)** The State must have in effect and use, in interstate and intrastate cases, expedited processes as specified under this section to establish paternity and to establish, modify, and enforce support orders.

**(2)** Under expedited processes:

**(i)** In IV-D cases needing support order establishment, regardless of whether paternity has been established, action to establish support orders must be completed from the date of service of process to the time of disposition within the following timeframes: (A) 75 percent in 6 months; and (B) 90 percent in 12 months.

**(ii)** In IV-D cases where a support order has been established, actions to enforce the support order must be taken within the timeframes specified in §§ 303.6(c)(2) and 303.100;

**(iii)** For purposes of the timeframe at § 303.101(b)(2)(i), in cases where the IV-D agency uses long-arm jurisdiction and disposition occurs within 12 months of service of process on the alleged father or noncustodial parent, the case may be counted as a success within the 6 month tier of the timeframe, regardless of when disposition occurs in the 12 month period following service of process.

**(iv)** Disposition, as used in paragraphs (b)(2)(i) and (iii) of this section, means the date on which a support order is officially established and/or recorded or the action is dismissed.

**(c)** *Safeguards.* Under expedited processes:

**(1)** Paternities and orders established by means other than full judicial process must have the same force and effect under State law as paternities and orders established by full judicial process within the State;

**(2)** The due process rights of the parties involved must be protected;

**(3)** The parties must be provided a copy of the voluntary acknowledgment of paternity, paternity determination, and/or support order;

Case 1:17-cv-01215-JDS-legb  Document 1  Filed 11/17/17  Page 13 of 17
PageID 13

Cornell Law School

U.S. Constitution › 14th Amendment

## 14th Amendment

The Fourteenth Amendment addresses many aspects of citizenship and the rights of citizens. The most commonly used -- and frequently litigated -- phrase in the amendment is "equal protection of the laws", which figures prominently in a wide variety of landmark cases, including Brown v. Board of Education (racial discrimination), Roe v. Wade (reproductive rights), Bush v. Gore (election recounts), Reed v. Reed (gender discrimination), and University of California v. Bakke (racial quotas in education). See more...

# Amendment XIV

# Section 1.

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

# Section 2.

Representatives shall be apportioned among the several states according to their respective numbers, counting the whole number of persons in each state, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the executive and judicial officers of a state, or the members of the legislature thereof, is denied to any of the male inhabitants of such state, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such state.

# Section 3.

No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any state, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any state legislature, or as an executive or judicial officer of any state, to support

# DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

SUMMARY:

Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

## TITLE 18, U.S.C., SECTION 242

**Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.**

Return to the Criminal Section Home Page

>

*Updated August 6 2015*

Was this page helpful?

Yes    No



<< Previous  TITLE 1 / CHAPTER 3 / § 204  Next >>

[Print]    [Print selection]                                    [OLRC Home]  Help

**1 USC 204: Codes and Supplements as evidence of the laws of United States and District of Columbia; citation of Codes and Supplements**
Text contains those laws in effect on November 9, 2017

**From Title 1-GENERAL PROVISIONS**
    CHAPTER 3-CODE OF LAWS OF UNITED STATES AND SUPPLEMENTS; DISTRICT OF COLUMBIA CODE AND SUPPLEMENTS
**Jump To:**
    Source Credit
    Miscellaneous

## §204. Codes and Supplements as evidence of the laws of United States and District of Columbia; citation of Codes and Supplements

In all courts, tribunals, and public offices of the United States, at home or abroad, of the District of Columbia, and of each State, Territory, or insular possession of the United States-

(a) United States Code.-The matter set forth in the edition of the Code of Laws of the United States current at any time shall, together with the then current supplement, if any, establish prima facie the laws of the United States, general and permanent in their nature, in force on the day preceding the commencement of the session following the last session the legislation of which is included: *Provided, however,* That whenever titles of such Code shall have been enacted into positive law the text thereof shall be legal evidence of the laws therein contained, in all the courts of the United States, the several States, and the Territories and insular possessions of the United States.

(b) District of Columbia Code.-The matter set forth in the edition of the Code of the District of Columbia current at any time shall, together with the then current supplement, if any, establish prima facie the laws, general and permanent in their nature, relating to or in force in the District of Columbia on the day preceding the commencement of the session following the last session the legislation of which is included, except such laws as are of application in the District of Columbia by reason of being laws of the United States general and permanent in their nature.

(c) District of Columbia Code; citation.-The Code of the District of Columbia may be cited as "D.C. Code"

(d) Supplements to Codes; citation.-Supplements to the Code of Laws of the United States and to the Code of the District of Columbia may be cited, respectively, as "U.S.C., Sup. ", and "D.C. Code, Sup. ", the blank in each case being filled with Roman figures denoting the number of the supplement.

(e) New edition of Codes; citation.-New editions of each of such codes may be cited, respectively, as "U.S.C., ed.", and "D.C. Code, ed.", the blank in each case being filled with

Select Year: 2017 ▾  Go

# The 2017 Florida Statutes

| Title XLII | Chapter 732 | |
|---|---|---|
| ESTATES AND TRUSTS | PROBATE CODE: INTESTATE SUCCESSION AND WILLS | View Entire Chapter |

**732.5165    Effect of fraud, duress, mistake, and undue influence.**—A will is void if the execution is procured by fraud, duress, mistake, or undue influence. Any part of the will is void if so procured, but the remainder of the will not so procured shall be valid if it is not invalid for other reasons. If the revocation of a will, or any part thereof, is procured by fraud, duress, mistake, or undue influence, such revocation is void.

History.—s. 31, ch. 75-220; s. 6, ch. 2011-183.

Copyright © 1995-2017 The Florida Legislature • Privacy Statement • Contact Us



Office of the Law Revision Counsel
# UNITED STATES CODE

Search & Browse

Currency and Updating

Classification Tables

Popular Name Tool

Other Tables and Tools

Understanding the Code

Positive Law Codification

Editorial Reclassification

Downloads

CONGRESS.GOV

FDsys

## POSITIVE LAW CODIFICATION

Positive law codification by the Office of the Law Revision Counsel is the process of preparing and enacting a codification bill to restate existing law as a positive law title of the United States Code. The restatement conforms to the policy, intent, and purpose of Congress in the original enactments, but the organizational structure of the law is improved, obsolete provisions are eliminated, ambiguous provisions are clarified, inconsistent provisions are resolved, and technical errors are corrected.

Links to Current and Recently Completed Positive Law Codification Projects

### The Term "Positive Law"

The term "positive law" has a long-established meaning in legal philosophy but has a narrower meaning when referring to titles of the Code. More

### Positive Law Titles vs. Non-Positive Law Titles

The Code is divided into titles according to subject matter. Some are called positive law titles and the rest are called non-positive law titles.

A positive law title of the Code is itself a Federal statute. A non-positive law title of the Code is an editorial compilation of Federal statutes. For example, Title 10, Armed Forces, is a positive law title because the title itself has been enacted by Congress. For the enacting provision of Title 10, see first section of the Act of August 10, 1956, ch. 1041 (70A Stat. 1). By contrast, Title 42, The Public Health and Welfare, is a non-positive law title. Title 42 is comprised of many individually enacted Federal statutes—such as the Public Health Service Act and the Social Security Act—that have been editorially compiled and organized into the title, but the title itself has not been enacted.

The distinction is legally significant. Non-positive law titles are prima facie evidence of the law, but positive law titles constitute legal evidence of the law in all Federal and State courts (1 U.S.C. 204).

Having, on one hand non-positive law titles as prima facie evidence of the law, and on the other hand, positive law titles as legal evidence of the law, means that both types of titles contain statutory text that can be presented to a Federal or State court as evidence of the wording of the law. The difference between "prima facie" and "legal" is a matter of authoritativeness.

Statutory text appearing in a non-positive law title may be rebutted by showing that the wording in the underlying statute is different. Typically, statutory text appearing in the Statutes at Large is presented as proof of the words in the underlying statute. The text of the law appearing in the Statutes at Large prevails over the text of the law appearing in a non-positive law title.

Statutory text appearing in a positive law title is the text of the statute and is presumably identical to the statutory text appearing in the Statutes at Large. Because a positive law title is enacted as a whole by Congress, and the original enactments are repealed, statutory text appearing in a positive law title has Congress's "authoritative imprimatur" with respect to the wording of the statute. See Washington-Dulles Transp., Ltd. v. Metro. Wash. Airports Auth., 263 F.3d 371, 378 n.2 (4th Cir. Va. 2001); see generally NORMAN J. SINGER & J.D. SHAMBLE SINGER, STATUTES AND STATUTORY CONSTRUCTION, § 36A.10 (7th ed. 2009). Recourse to other sources such as the Statutes at Large is unnecessary when proving the wording of the statute unless proving an unlikely technical error in the publication process.

Non-positive law titles and positive law titles both contain laws, but the two types of titles result from different processes. A non-positive law title contains numerous separately enacted statutes that have been editorially arranged into the title by the editors of the Code. The organization, structure, and designations in the non-positive law title necessarily differ from those of the incorporated statutes, and there are certain technical, although non-substantive, changes made to the text for purposes of inclusion in the Code. A positive law title is basically one law enacted by Congress in the form of a title of the Code. The organization, structure, designations, and text are exactly as enacted by Congress. In the case of a positive law title prepared by the Office of the Law Revision Counsel, the title is enacted as a restatement of existing statutes that were previously contained in one or more of the non-positive law titles. In such a restatement, the meaning and effect of the laws remain unchanged; only the text is repealed and restated. In preparing a codification bill, the Office uses the utmost caution to ensure that the restatement conforms to the understood policy, intent, and purpose of Congress in the original enactments.

### Importance of Positive Law Codification

The Code is useful for researching and proving the general and permanent laws of the United States. Positive law codification improves the usefulness of the Code in a number of significant ways: